# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1752

_____

Estate of Melinda Ellen Flynn Walker,    *
by its Administrator, Denyse R.          *
Waugh,                                   *
                                         *
            Plaintiff-Appellant,         *
                                         *   Appeal from the United States
        v.                               *   District Court for the Southern
                                         *   District of Iowa.
Joseph D. McGrath;                       *
                                         *       [UNPUBLISHED]
            Defendant,                    *
                                         *
Estate of Brian J. McGrath, by its       *
Administrator, Melinda Atess,            *
                                         *
            Defendant-Appellee.          *

_____

Submitted:  January 10, 2001

Filed:  January 19, 2001

_____

Before WOLLMAN, Chief Judge, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

       Melinda Walker and Brian McGrath were killed when their automobiles collided.  Walker's estate brought this diversity action against McGrath's estate for wrongful death, and a jury trial was conducted on the issue of damages only.  The jury

awarded Walker's estate $102,034.35 for loss of accumulation to the estate, burial and ambulance expenses, past loss of financial support, and future loss of financial support. Although Walker had been married for six weeks at the time of the accident, the jury awarded no damages for past loss of spousal consortium or future loss of spousal consortium. Applying Iowa law, the district court denied a postjudgment motion for a new trial, deciding the verdict was not outside the wide boundaries of substantial justice. Walker challenges this decision on appeal. Having carefully reviewed the record, we conclude the district court did not abuse its discretion in denying the new trial, and thus affirm this state-law diversity case without an extended opinion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.